**Matthew R. CRISP, Plaintiff–Appellant,**

v.

**Steve GOURLEY, Director of the California Department of Motor Vehicles, Defendant–Appellee.**

**No. 01–16808.**
**D.C. No. CV–01–05547–OWW.**

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 20, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

## MEMORANDUM **

Matthew R. Crisp appeals pro se the district court's decision to dismiss his 42 U.S.C. § 1983 action pursuant to Fed. R.Civ.P. 12(b)(6) for failure to state a claim for relief. Because Crisp filed his notice of appeal one day late, we lack jurisdiction. *See* Fed. R.App. P. 4(a)(1) (2001).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.